

MICHAEL F. HART*
CRAIG S. POWELL
GEOFFREY R. MISFELDT
DANIEL H. SANDERS **

* ALSO ADMITTED IN MICHIGAN
**ALSO ADMITTED IN OHIO

MARTIN E. KOHLER
EMERITUS

TELEPHONE 414.271.9595
FACSIMILE 414.271.3701

January 2, 2020

Honorable William E. Duffin
U.S. Magistrate Judge
U.S. District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Rm. 250
Milwaukee, WI 53202

Re: **United States v. John Burgdorff**
    **Case No. 19-CR-127**

Your Honor,

Please accept this letter as Mr. Burgdorff's response to the government's Motion for Protective Order Regulating the Dissemination of Discovery Materials filed on December 20, 2019. (D. 31). At this time, Mr. Burgdorff does not object to the government's motion and the proposed order attached thereto. Mr. Burgdorff is currently detained at the Dodge County Detention Center in Juneau, WI.

Respectfully,

/s/
Daniel H. Sanders
Attorney for John Burgdorff

